Mark A. POWELL, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. ED 86645.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 18, 2006.

Mark A. Powell, Charleston, MO, Appellant Acting Pro se.

Stephanie Morrell, Assistant Attorney General, Jefferson City, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., and BOOKER T. SHAW, J.

*ORDER*

PER CURIAM.

Movant, Mark A. Powell, appeals from the judgment denying his motion to reopen his Rule 29.15 motion. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).